## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**MAMIE LOWERY**                                                             **PLAINTIFF**

**VERSUS**                            **CIVIL ACTION NO: 4:08-CV-69**

**DOLLAR GENERAL CORPORATION**                        **DEFENDANTS**

## ORDER OF REMAND

The above styled and numbered cause came on to be heard upon motion, *ore tenus*, of plaintiff to remand this case to Noxubee Circuit Court.  Plaintiff, Mamie Lowery, and her counsel, R. Gregg Rogers, have stipulated and agreed that they have no intention of requesting or accepting more than $75,000.00 in total damages in this case and based on this stipulation and agreement, all parties to this action agree to remand of this case.  The Court has considered the motion to remand and stipulation concerning damages signed by plaintiff, and finds that the remand motion is well taken and is, therefore, granted.

IT IS, ORDERED, that this action be remanded to the Circuit Court of Noxubee County, each party to bear his own costs.

SO ORDERED AND ADJUDGED this the 25th day of July, 2008.

                                                     s/ *Daniel P. Jordan III*
                                                     UNITED STATES DISTRICT JUDGE

s/<u>R. Gregg Rogers</u>
*Attorney for Mamie Lowery*

s/<u>Ronald L. Roberts</u>
*Attorney for Dollar General Corporation*

CH4-08cv69 Lowery v. Dollar General (remand).wpd